# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GALVAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NUMBER: 1:21-cv-00738-GSA<br><br>**ORDER DIRECTING CLERK TO ISSUE USM INSTRUCTIONS AND DIRECTING PLAINTIFF TO SUBMIT SERVICE DOCUMENTS** |

　　　On May 12, 2021 Plaintiff's application to proceed *in forma pauperis* was granted, and Plaintiff was directed to submit service documents as set forth in the USM Instructions by May 26, 2021. The USM Instructions were not issued, however.

　　　Accordingly, the clerk of court is **directed** to issue the USM Instructions.

　　　Within 7 days of the issuance of the USM Instructions, Plaintiff is **directed** to submit the service documents specified therein and file the attached notice confirming submission of the same.

IT IS SO ORDERED.

　　Dated:　**May 27, 2021**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1