UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GALVAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NUMBER: 1:21-cv-00738-GSA<br><br>**ORDER TO SHOW CAUSE REGARDING SUBMISSION OF SERVICE DOCUMENTS** |

　　　　On May 12, 2021 Plaintiff's application to proceed *in forma pauperis* was granted and Plaintiff was directed to submit service documents as set forth in the Instructions for Service of Social Security Appeals by May 26, 2021. The instructions were not issued, however. On May 27, 2021 the instructions were issued (Doc. 6-1) and the Court directed Plaintiff to submit the service documents specified therein by June 4, 2021. Plaintiff has not done so.

　　　　Accordingly, Plaintiff is **directed** to show cause within 7 days of the entry of this order why she did not comply with the deadline. Alternatively, Plaintiff is **directed** to submit the service documents specified in docket entry 6-1 (to the address listed atop page 1) and file the notice attached to docket entry 6-1 (page 2) confirming that she did so.

IT IS SO ORDERED.

　　Dated:　**June 10, 2021**　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28